## Richmond

CURTIS J. SUITE

v.

CLINCHFIELD COAL COMPANY

No. 1139-88-2

Decided February 27, 1990

COUNSEL

Jerry O. Talton, for appellant.

Suzan E. Moore (Penn, Stuart, Eskridge & Jones, on brief), for appellee.

## ON REHEARING EN BANC

OPINION

**KOONTZ, C.J.**—In *Suite v. Clinchfield Coal Company*, 8 Va. App. 554, 383 S.E.2d 21 (1989), a majority of a panel of this Court held that the employer's application for hearing alleging a change in condition based on an attached medical report was sufficient to raise the issue of causal connection. Suite's petition for rehearing *en banc* was heard on December 19, 1989. For the reasons stated in the panel's majority opinion, we affirm. Additionally, we note that a February 8, 1988 report from Dr. James L. McCoy, Suite's family physician, stated that Suite did not feel his work-related injury impaired the performance of his work with the possible exception of lifting heavy bags of rock or coal.

*Affirmed.*

Baker, J., Barrow, J., Cole, J., Duff, J., Keenan, J., Moon, J., and Willis, J., concurred.

Coleman, J., and Benton, J., would reverse the decision of the Industrial Commission for the reasons stated in the dissenting opinion of the original panel decision.